IN THE TEXAS COURT OF CRIMINAL APPEALS

WR. 50-565-08

DEAR CLERK. ABEL ACOSTA.

ENCLOSED YOU'LL FIND ORIGINAL COPY OF MY MOTION FOR APPOINTMENT OF COUNSEL. PLEAS FILE AND BRING IT TO THE ATTENTION OF THE COURT.

THANK YOU FOR YOUR TIME IN THIS MATTER.

DATE: DEC-29th 2014

SINCERE YOURS

Happy NEW year.

BUI PHU XUAN

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 05 2015

Abel Acosta, Clerk

MOTION DISMISSED
DATE: 1-6-15
BY: PC

# IN THE TEXAS COURT OF CRIMINAL APPEALS

## WR# 50-565-08

EX PARTE: BUI PHU XUAN.

## MOTION FOR APPOINTMENT OF COUNSEL.

### TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, BUI PHU XUAN, APPELLANT PRO SE LITIGANT RESPECTFULLY FILES THIS MOTION FOR APPOINTMENT OF COUNSEL BY FOLLOWING REASONS BELOW:

1). APPELLANT IS A LAYMAN, UNTRAINED IN LAW, AND MENTALLY-ILL, PLEASE SEE APPELLANT'S HEALTH SUMMARY APPEARED TO THIS MOTION AS EXHIBIT #1.

2). APPELLANT BELIEVE THAT HE HAS COMPLICATE CONTROVERSY ISSUE IN HIS FAVOR THAT WOULD BE GRANTED RELIEF IN THIS CAUSE IF HE HAS REASONABLE LEGAL REPRESENTATION BECAUSE HE HAD BEEN PUNISHED FOR TRIAL COUNSEL'S INEFFECTIVE AND PROSECUTOR RETALIATED AGAINST HIM FOR REFUSED THE OFFER. AND 5 YEARS PROBATION OFFER WHICH MUSHROOM INTO 99 YEARS SENTENCE AFTER THE CONVICTION.

FOR THESE REASONS ABOVE, APPELLANT PRAYS THAT THIS COURT GRANT THIS MOTION FOR FUNDAMENTAL MISCARRIAGE OF JUSTICE WOULD NOT BE OCCURRED.

I BUI PHU XUAN, DO HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS AND ASSERTIONS IN THIS MOTION FOR APPOINTMENT OF COUNSEL ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: DEC - 29th 2014

RESPECTFULLY SUBMITTED.

BUI PHU XUAN # 830601
CLEMENTS UNIT
9601 SPUR 591
AMARILLO. TX 79107-9606

Scanned by HAWKS, BEVERLY A. in facility CLEMENTS (BC) on 07/26/2012 08:15

ML00046 /BCM3/HS05    TEXAS DEPARTMENT OF CRIMINAL JUSTICE    12:09:46
                HEALTH SUMMARY FOR CLASSIFICATION    07/20/2012

NAME: BUI,PHU XUAN             DOB: 07/06/1961    P U L H E S
TDCJ#: 00830601  SID#: 04465764    WGT: 156 LBS
UNIT: BC      HOUSING: 7I32-61B    HGT: 5'04"
JOB: GARDEN SQ 15

| 2 | 2 | 1 | 1 | 1 | 2 |
|---|---|---|---|---|---|
| B | B | A | A | A | B |
| P | P |   |   |   | T |

I. FACILITY ASSIGNMENT (CHECK ONE)
X  A. NO RESTRICTION
__ B. BARRIER-FREE FACILITY
__ C. SINGLE LEVEL FACILITY
__ D. SUITABLE FOR TRUSTEE CAMP?   X YES__NO

II. HOUSING ASSIGNMENT
A. BASIC HOUSING (CHECK ONE)    B. BUNK ASSIGNMENT (CHECK ONE)
X  1. NO RESTRICTION          __ 1. NO RESTRICTION
__ 2. SINGLE CELL ONLY        00 2. LOWER ONLY
__ 3. SPECIAL HOUSING (HOUSING WITH
      LIKE MEDICAL CONDITION     5. EXTENDED MEDICAL HOURS
__ 4. CELL BLOCK ONLY
C. ROW ASSIGNMENT (CHECK ONE)    D. WHEELCHAIR USE (CHECK ONE)
X  1. NO RESTRICTION          __ 1. NO RESTRICTION
__ 2. GROUND FLOOR ONLY        __ 2. PHOP ORDERED
                        __ 3. UTILITY USE

III.WORK ASSIGNMENT/RESTRICTIONS (CHECK ALL THAT APPLY)
__ 1. MEDICALLY UNASSIGNED    __ 15.NO FOOD SERVICE
__ 2. PSYCHIATRICALLY UNASSIGNED  __ 16.NO REPETITIVE USE OF HANDS
__ 3. SEDENTARY WORK ONLY      __ 17.NO WALK WET/UNEVEN SURFACES
__ 4. FOUR HOUR WORK RESTRICTION  __ 18.DO NOT ASSIGN TO MEDICAL
__ 6. EXCUSE FROM SCHOOL      __ 19.NO WORK IN DIRECT SUNLIGHT
00 7. LIMITED STANDING        __ 20.NO TEMPERATURE EXTREMES
__ 8. NO WALKING > ___ YARDS    __ 21.NO HUMIDITY EXTREMES
__ 9. NO LIFTING > ___ LBS.     __ 22.NO EXPOSURE TO ENVIRONMENT POLLUTANTS
__ 10.NO BENDING AT WAIST      00 23.NO WORK WITH CHEMICALS OR IRRITANTS
__ 11.NO REPETITIVE SQUATTING    __ 24.NO WORK REQUIRING SAFETY BOOTS
__ 12.NO CLIMBING            __ 25.NO WORK AROUND MACHINE WITH MOVING PART
__ 13.LIMITED SITTING         __ 26.NO WORK EXPOSURE TO LOUD NOISES
00 14.NO REACHING OVER SHOULDER

IV. DISCIPLINARY PROCESS (CHECK ONE)
__ A. NO RESTRICTIONS
00 B. CONSULT REP OF MENTAL HEALTH DEPT BEFORE TAKING DISCIPLINARY ACTION
__ C. CONSULT REP OF MEDICAL DEPARTMENT BEFORE TAKING DISCIPLINARY ACTION

V. INDIVIDUALIZED TREATMENT PLAN (CHECK ALL THAT APPLY)
__ A. NO RESTRICTION     00 C. MENTAL HEALTH REPRESENTATIVE REQUIRED
__ B. MEDICAL REPRESENTATIVE REQUIRED

VI. TRANSPORTATION RESTRICTIONS (CHECK ONE)
X  A. NO RESTRICTION        __ C. WHEELCHAIR VAN
__ B. EMS AMBULANCE         __ D. MULTI-PATIENT VEHICLE(MPV)

DAVE        PA      07/20/2012    K Dave PA-C
PRINTED NAME AND TITLE OF REVIEWER    DATE    SIGNATURE OF REVIEWER